UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZURI YOUNG, et al.,

          Plaintiffs,

    v.

GAVIN NEWSOM, et al.,

          Defendants.

Case No. 22-cv-04968-WHO (PR)

**ORDER OF TRANSFER**

The defendants named in this 42 U.S.C. § 1983 action reside in Sacramento County. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, where venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendants reside therein. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

    **Dated:** January 13, 2023



WILLIAM H. ORRICK
United States District Judge