UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI SANAKABISA YOUNG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:23-cv-00092-DAD-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME IN WHICH TO PAY THE REQUIRED FILING FEE<br><br>(Doc. No. 29) |

Plaintiff Zuri Sanakabisa Young is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 5, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) be denied because plaintiff had suffered three or more prior strike dismissals and that he be ordered to pay the required $402.00 filing fee in order to proceed with this action. (Doc. No. 20.) On July 24, 2023, the undersigned adopted those findings and recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to pay the $402 filing fee in full within thirty (30) days. (Doc. No. 28.) Plaintiff was cautioned that his failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action. (*Id*. at 2.) To date, plaintiff has not paid the required filing fee.

1

On August 24, 2023, plaintiff filed a notice stating that he did not have the money to pay the required filing fee. (Doc. No. 29.) However, in that notice, plaintiff also appears to suggest that he has made arrangements for his wife to pay the required filing fee. Thus, out of an abundance of caution, the court will construe plaintiff's notice as a request for an extension of time in which to pay the required filing fee. Accordingly, the court will provide a fourteen-day extension of time for plaintiff to pay the filing fee in order to proceed with this action. Plaintiff is again cautioned that his failure to pay the required filing fee by that deadline will result in dismissal of this action.

Accordingly,

1. Plaintiff's request for an extension of time in which to pay the required filing fee (Doc. No. 29) is granted;

2. Within fourteen (14) days from the date of this order, plaintiff shall pay the $402.00 filing fee in full in order to proceed with this action; and

3. Plaintiff is again forewarned that failure to pay the filing fee within the specified time will result in this court issuing an order dismissing this action.

IT IS SO ORDERED.

Dated:  **August 29, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE