UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURI SANAKABISA YOUNG, et al., | No. 2:23-cv-00092-DAD-JDP (PC) |
| Plaintiffs, | |
| v. | ORDER DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PAY FILING FEE |
| GAVIN NEWSOM, et al., | |
| Defendants. | (Doc. Nos. 18, 22, 23, 27) |

Plaintiff Zuri Sanakabisa Young is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 5, 2023, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) be denied because plaintiff had suffered three or more prior strike dismissals and that he be ordered to pay the required $402.00 filing fee in order to proceed with this action. (Doc. No. 20.) On July 24, 2023, the undersigned adopted those findings and recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to pay the $402 filing fee in full within thirty (30) days. (Doc. No. 28.) Plaintiff was cautioned that his failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action. (*Id*. at 2.)

1

On August 24, 2023, plaintiff filed a notice stating that he did not have the money to pay the required filing fee, but he appeared to suggest that he had made arrangements for his wife to pay the filing fee. (Doc. No. 29.) Thus, out of an abundance of caution, on August 30, 2023, the court construed plaintiff's notice as a request for an extension of time and provided plaintiff with a fourteen-day extension of time to pay the required filing fee. (Doc. No. 30.)

To date, plaintiff has not paid the required filing fee or requested a further extension of time to do so, and the deadline to pay the required filing fee has now passed.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee;

2. Plaintiff's motions for a temporary restraining order (Doc. Nos. 18, 22) and plaintiff's motions for summary judgment (Doc. Nos. 23, 27) are denied as having been rendered moot by this order; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 15, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2