1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ZURI SANAKABISA YOUNG, et al.,              No.  2:23-cv-00092-DAD-JDP (PC)

12                  Plaintiffs,

13           v.                                  ORDER DENYING PLAINTIFF'S MOTION
                                                 TO REOPEN THIS CASE
14   GAVIN NEWSOM, et al.,
                                                 (Doc. No. 32)
15                  Defendants.

16

17           Plaintiff Zuri Sanakabisa Young is a state prisoner proceeding *pro se* in this civil rights

18   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On September 18, 2023, the court dismissed this action without prejudice due to plaintiff's

21   failure to pay the required filing fee.  (Doc. No. 31.)  That same day, judgment was entered and

22   this case was closed.  (Doc. No. 35.)

23           Four weeks later, on October 16, 2023, plaintiff filed a motion to reopen this case, in

24   which he asserts that his wife "sent two payments of $404.00 dollars [sic] for the filing fee of

25   [this] case," but the payments were not reflected on the docket, according to plaintiff, because the

26   /////

27   /////

28   /////

                                              1

Clerk of the Court "dropped the ball . . . in order to help defendants." (Doc. No. 32 at 2.)[1]  On

December 4, 2023, plaintiff filed "response and objections," in which plaintiff asserts that that the

district court has embezzled and stole his money, and he will not pay the filing fee in connection

with his notice of appeal. (Doc. No. 38.)  In addition, although plaintiff also states that he has

receipts for his filing fee payments (*id.* at 2), plaintiff has not provided the court with copies of

any such receipts.

The court further notes that plaintiff has been given ample opportunity to pay the filing fee

in order to proceed with this action, and he has failed to do so.  Moreover, plaintiff has filed

several actions in this district, many of which, like this one, have been dismissed due to plaintiff's

failure to pay the required filing fee. *See, e.g.*, *Young v. Pfeiffer, et al.*, 1:22-cv-00055-DAD-

BAM, Order, Doc. No. 13 (May 18, 2022); *Young v. Broadaus, et al.*, 1:20-cv-00539-DAD-JDP,

Order, Doc. No. 22 (October 13, 2020).

Plaintiff has simply not articulated any basis upon which the court should grant his motion

to reopen this case.

Accordingly, plaintiff's motion to reopen this case (Doc. No. 32) is denied.

IT IS SO ORDERED.

Dated:   **December 12, 2023**                             _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1]  On October 27, 2023, plaintiff filed a notice of appeal to the Ninth Circuit. (Doc. No. 33.)
However, the Ninth Circuit issued an order on November 30, 2023 providing that the appellate
proceedings are "held in abeyance until the district court decides the pending motion [to reopen
this case]." (Doc. No. 40.)  The undersigned notes that the Ninth Circuit's November 30, 2023
order was entered on this court's docket on December 11, 2023.